UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETH ILISSA DUBIE,

              Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

CIVIL ACTION NO.: 17 Civ. 10095 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      This action was administratively transferred to the undersigned today, December 9, 2020. The Court ORDERS that Defendant Commissioner of Social Security shall respond to Plaintiff's Amended Motion for Attorney's Fees ("Amended Motion") (ECF No. 29) by **Wednesday, January 13, 2021.** Plaintiff's Reply, if any, shall be due **Wednesday, January 20, 2021.**

      The Clerk of Court is respectfully directed to close Plaintiff's First Motion for Attorney's Fees (ECF No. 26) as superseded by the Amended Motion.

Dated:      New York, New York
              December 9, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**